

# Fourth Court of Appeals
## San Antonio, Texas

September 24, 2019

No. 04-19-00182-CV

Crystal **SMITH,**
Appellant

v.

Joseph **HICKMAN,**
Appellee

From the 131st Judicial District Court, Bexar County, Texas
Trial Court No. 2018CI19228
Honorable Solomon Casseb III, Judge Presiding

# O R D E R

The Appellant's Motion to Strike Unsupported Factual Allegations in Appellee's Brief or Require Appellee to Revise Appellee's Brief is carried with the appeal.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 24th day of September, 2019.

_____
LUZ ESTRADA,
Chief Deputy Clerk